UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMOTHY SHELDON, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Case No.: 4:24-cv-13157-MRG <br> ) |
| F.W. WEBB COMPANY, MICHAEL PERRY, in his official and personal capacities, and RYAN MILLIKEN, in his official and personal capacities, | ) <br> ) <br> ) <br> ) <br> ) |
| Defendant. | ) <br> ) |

### ORDER ON MOTION TO WITHDRAW

THIS CAUSE having come before the Court on McDermott Will & Schulte LLP's Motion to Withdraw, and this Court having considered the Motion and been apprised of all the other relevant information, it is hereby:

ORDERED that McDermott Will & Schulte LLP's Motion to Withdraw is GRANTED. Effective the date this Order is signed:

1. McDermott Will & Schulte LLP and its Attorney Alexander Randolph are no longer counsel of record for Defendants F.W. Webb Company, Michael Perry and Ryan Milliken and are relieved of any further obligations in this case.

ORDERED this  27   day of February, 2026.

/s/ Margaret R. Guzman
HONORABLE MARGARET R. GUZMAN
JUDGE OF THE U.S. DISTRICT COURT